2032

Schiliro-direct-Gleeson

1  Gravano's position in the Gambino family?
2  A    Yes.
3          As to the date of this conversation, Gravano is the
4  consigliere of the family.
5  Q    Let me direct your attention to page 5.  About two-thirds
6  of the way down there is an attribution to John Gotti that
7  says as follows:
8          The underboss should take charge of the family.  I'm
9  not breaking Joe "Piney", by the way.  I can't.
10         Who is Joe "Piney"?
11 A    Joe "Piney" at the point of this conversation is the
12 official underboss of the Gambino family.
13 Q    Where is he as of January 4, 1990?
14 A    He's in jail.
15 Q    As a result of what?
16         MR. MITCHELL:   Objection.
17         THE COURT:  Overruled.
18 A    Joe "Piney" was convicted of a racketeering charge.
19 Q    The term I am not breaking Joe "Piney", do you have an
20 opinion as to the meaning of the term "breaking"?
21 A    Yes, I do.
22 Q    What is your opinion?
23 A    "Breaking" refers to reducing the person in rank.
24 Q    Let me direct your attention to page 7.
25         By the way, what is Joe "Piney's" last name?